C-13-16(FTP)
(Rev. 5/04)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                )
K.Z. Nicholson                   )          No. B-07-81845 C-13D
                                 )
                                 )              ORDER
                                 )
        Debtor(s)                )

On May 28, 2009, a hearing was held on the Standing Trustee's motion for dismissal of this case because of the Debtor's failure to make payments. At the hearing, the Standing Trustee stated that the Debtor has made arrangements for the continuation of payments under the Plan, with a full monthly payment to be received at the Chapter 13 Office no later than the last day of each month beginning June 30, 2009; therefore, it is

ORDERED that the Standing Trustee's motion for dismissal is hereby denied without prejudice; and, it is further

ORDERED that the Debtor shall make all payments due under this Plan so that it is received at the Chapter 13 Office no later than the last day of each month beginning June 30, 2009, and continuing monthly thereafter until Plan payments have been completed; and, it is further

ORDERED that in the event the Debtor shall fail to make any payments required under this Order for the next succeeding 12 months from the entry of this Order, the Standing Trustee shall notify this Court and an automatic dismissal shall be entered without further hearing.

PARTIES TO BE SERVED
PAGE 1 OF 1
B-07-81845 C-13D

K.Z. Nicholson
246 River Croft Drive
Red Springs, NC 28377

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Standing Trustee
Post Office Box 3613
Durham, NC 27702