IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| IN THE MATTER OF: )<br>)<br>K. Z NICHOLSON )<br>AKA K. Z W NICHOLSON )<br>AKA KZ WASHINGTON NICHOLSON )<br>AKA KAY Z NICHOLSON )<br>AKA KZ WASHINGTON )<br>SSN: xxx-xx-0689 )<br>)<br>DEBTOR ) | CASE NO. 07-81845<br><br>CHAPTER 13 |

## NOTICE OF APPEARANCE

Joseph J. Vonnegut, of The Law Firm of Hutchens, Senter & Britton, P.A., does herewith give notice of his appearance in the above-styled matter as attorney for American General Financial Services, Inc..

Please mail all Notices and other documents required to be served upon creditors to the undersigned at the following address:

| American General Financial Services, Inc.<br>c/o Joseph J. Vonnegut<br>Bankruptcy Department<br>P.O. Box 2505<br>Fayetteville, NC 28302 | American General Financial Services, Inc.<br>represented by: | Joseph J. Vonnegut<br>4317 Ramsey Street<br>P.O. Box 2505<br>Fayetteville, NC 28302<br>910-864-2668<br>910-864-6177 (fax)<br>hsbbkydept@hutchensandsenter.com |
|---|---|---|

This the 22nd day of June, 2010.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

By: s:/Joseph J. Vonnegut
JOSEPH J. VONNEGUT, Attorney for
American General Financial Services, Inc.
4317 Ramsey Street
Post Office Box 2505
Fayetteville, NC 28302
(910) 864-2668
State Bar No: 32974

HSB Case No: 1036749 (BK)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date this paper was served upon the following parties by depositing a copy enclosed in a postpaid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service or via the appropriate electronic servicer:

Attorney for Debtor:
John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Chapter 13 Trustee
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

This the 22nd day of June, 2010.

THE LAW FIRM OF HUTCHENS, SENTER & BRITTON, P.A.

BY: s:/Joseph J. Vonnegut
JOSEPH J. VONNEGUT, Attorney for
American General Financial Services, Inc.
4317 Ramsey Street
Post Office Box 2505
Fayetteville, NC 28302
(910) 864-2668
State Bar No: 32974